UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| TOSHA OGLESBY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 5:20-CV-147 |
| ) | |
| KILOLO KIJAKAZI, ) | |
| *Acting Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS CAUSE is before the Court upon the consent motion of Defendant to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner of Social Security. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner will further evaluate the opinions from Drs. Krishnan Chalam and Mukesh G. Agarwal, offer the Plaintiff the opportunity for a new hearing, and take any other action deemed necessary.

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO **ORDERED** this 20 day of August, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA