AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TOSHA OGLESBY,

       Plaintiff,

                v.

KILOLO KIJAKAZI, Acting Commissioner of Social
Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 520-147

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 20, 2021, this case is hereby remanded to the

Commissioner of Social Security pursuant to Fed. R. Civ. P. 58 for further action under sentence

four of U.S.C. § 405(g). This civil action stands closed.

Approved by: _____

      HON. LISA GODBEY WOOD, JUDGE
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF GEORGIA

_____
*Date*    August 20, 2021

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Sabalza*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020